**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| ELIZABETH ABRAMS and DORE ABRAMS, *individually and as parents and natural guardians of* A.A.,                             Plaintiffs, -against- RICHARD CARRANZA, *in his official capacity as Chancellor of New York City Department of Education*, and NEW YORK CITY DEPARTMENT OF EDUCATION,                              Defendants. | 19 Civ. 4175 (AJN) **NOTICE OF MOTION** |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**PLEASE TAKE NOTICE** that upon the accompanying memorandum of law and all prior pleadings, papers, and proceedings herein, including Defendants' Memorandum of Law in Opposition to Order to Show Cause for Preliminary Injunction and Temporary Restraining Order, (ECF No. 18), Defendants Richard Carranza and the New York City Department of Education will move this Court at the Thurgood Marshall United States Courthouse for the Southern District of New York, Courtroom 906, 40 Foley Square, New York, New York, on June 21, 2019, at 9:30 A.M. or, alternatively, on a date and time assigned by the Court, for an order dismissing Plaintiffs' complaint pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Civil Rule 6.1(b), opposition papers, if any, shall be served on all counsel of record, including the undersigned, by June 12, 2019, and reply papers, if any, shall be served by June 19, 2019.

Dated:   New York, New York
         May 23, 2019

                                    ZACHARY W. CARTER
                                    Corporation Counsel of the City of New York
                                    *Attorney for Defendants Richard Carranza and New York City Department of Education*
                                    100 Church Street
                                    New York, New York 10007
                                    (212) 356-1651
                                    eburgess@law.nyc.gov

                            By:     s/
                                    Emily Burgess
                                    Special Assistant Corporation Counsel
                                    Martin Bowe
                                    Senior Counsel